# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 16-5345**                                           **September Term, 2016**

                                                              **1:16-cv-01035-RDM**

**Filed On: April 4, 2017** [1669544]

National Association for Fixed Annuities,

      Appellant

      v.

United States Department of Labor and
Edward Charles Hugler, in his official
capacity as Acting Secretary of the United
States Department of Labor,

      Appellees

## O R D E R

Upon consideration of appellant's consent motion to extend the briefing schedule deadlines, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | June 16, 2017 |
| Appendix | June 16, 2017 |
| Appellees' Brief | July 17, 2017 |
| Appellant's Reply Brief | July 31, 2017 |

        **FOR THE COURT:**
        Mark J. Langer, Clerk
BY:   /s/
        Michael C. McGrail
        Deputy Clerk